No. 14,063.

BLACKMER *v.* BLACKMER.
(63 P. [2d] 1246)

Decided December 14, 1936.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Burke, sitting for Mr. Chief Justice Campbell. Mr. Justice Bouck not participating.

Mr. CHARLES E. FRIEND, for plaintiff in error.

Mr. A. D. QUAINTANCE, Mr. ALLYN COLE, Mr. E. B. EVANS, for defendant in error.